UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81898-CIV-CANNON/REINHART

TOYOTA TURNER,

                      Plaintiff,

v.

CHIPOTLE MEXICAN GRILL OF COLORADO, LLC,

                      Defendant.
_____/

## REPORT AND RECOMMENDATION REGARDING DEFENDANT'S UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS (ECF No. 25)

Currently before the Court is Defendant's unopposed motion for attorney's fees and costs following this Court's remand of the case to state court. As Defendant states in the motion, "Plaintiff's counsel agreed to pay Defendant the total amount of $11,828.60, and that such amount is reasonable and in connection with Defendant's removal of this case to Federal Court." ECF No. 25 at 4. I find the fees and costs sought in the motion to be reasonable and therefore I hereby **RECOMMEND** that Defendant's Motion be **GRANTED.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE AND SUBMITTED** in Chambers this 14th day of June, 2022, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE