UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81898-CIV-CANNON/Reinhart

TOYOTA TURNER,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL
OF COLORADO, LLC,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 25]. On May 27, 2022, the Court referred Defendant's Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation ("R&R") [ECF No. 26]. On June 14, 2022, Judge Reinhart issued an R&R recommending that Defendant's Motion be granted, and that Defendant be awarded $11,828.60 in attorneys' fees and costs in connection with Defendant's removal of this case to this Court [ECF No. 28]. Neither party has filed an objection to the R&R, and the time to do so has expired.

Upon review, the Court finds the R&R to be correct. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 28] is **ACCEPTED**.

2. Defendant is **AWARDED** $11,828.60 in attorneys' fees and costs in connection with Defendant's removal of this case to this Court.

3.  This case, which has been remanded to the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida [ECF No. 21 p. 7], remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record